WACHSTETTER *v.* JOHNSON ET AL.

[No. 8,537. Filed May 26, 1915. Rehearing denied December 17, 1915. Transfer denied April 27, 1916.]

APPEAL.—*Review.*—*Findings.*—*Reversal.*—Where the evidence in a partition suit did not support a finding of the trial court as to certain interests in a portion of the real estate involved, the conclusion of law based on such finding was erroneous and necessitated a reversal.

From Marion Circuit Court (17,478); *Charles Remster,* Judge.

Action between Anna Wachstetter and Thomas E. Johnson and others. From the judgment rendered, Anna Wachstetter appeals. *Reversed in part and affirmed in part.*

*Ferdinand Winter* and *Kealing & Hugg,* for appellant.

*Gavin, Gavin & Davis,* for appellees.

MORAN, J.—This case from its legal aspect presents the same questions as the case of *Wachstetter* v. *Johnson* (1916), *ante* 659, 108 N. E. 624. On the authority of that case, this cause is decided. The evidence discloses that appellees are the owners of an undivided one-third part in value, and appellants the owners of an undivided two-thirds part in value of the following described real estate: beginning thirty-four and one-half feet west of the southeast corner of lot 6, in square 52 in the original plat of the city of Indianapolis, thence west along Washington Street, seventeen feet, thence north seventy feet, thence east seventeen feet, thence south to the place of beginning; and the evidence discloses that appellees are the owners of an undivided one-third of one-sixth, and the appellants the owners of the balance of a strip of ground four feet wide by seventeen feet long lying immediately north of the tract above

NOVEMBER TERM, 1915.        681

Tipton Realty, etc., Co. v. Kokomo Stone Co.—61 Ind. App. 681.

described. The evidence does not support the finding that appellees are the owners of an undivided one-third part in value of the tract last above described; and for error of the court in holding that appellees are the owners of an undivided one-third part of the real estate heretofore described as a strip of ground four feet wide by seventeen feet long lying immediately north of the main tract in question, judgment is reversed, with instructions to the court below to restate its conclusions of law in conformity herewith, as to said parcel of ground. In all other things the judgment of the lower court is affirmed. All costs made in this court are adjudged against appellees, and all costs made in the lower court are adjudged against appellants.

NOTE.—Reported in 108 N. E. 990.